UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United Transportation Union,

    Plaintiff-Counterclaim Defendant,    Civil File No. 10-3622 (PAM/JJG)

v.    **ORDER**

Soo Line Railroad Company,

    Defendant-Counterclaim Plaintiff.

This matter is before the Court on the parties' Stipulation of Dismissal. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Amended Complaint and Counterclaim are **DISMISSED without prejudice**, with each party to bear its own costs.

Dated:   March 30   , 2011

    s/Paul A. Magnuson
    Paul A. Magnuson
    United States District Court Judge